758

JOHN RUSSO, TRUSTEE, ET AL. *v.* TOWN OF
EAST HARTFORD

The defendant's motion to dismiss the appeal from the Superior Court in Hartford County is denied.

*Mark C. Yellin,* for the appellants (plaintiffs).

No appearance for the appellee (defendant).

Argued October 4—decided October 4, 1977

CORBIN DEVELOPMENT COMPANY, INC. *v.*
COMMISSIONER OF TRANSPORTATION

The plaintiff's motion to dismiss the appeal from the Superior Court in Fairfield County is denied.

*Benson A. Snaider,* for the appellee (plaintiff).

*Robert Y. Pelgrift,* assistant attorney general, for the appellant (defendant).

Argued October 4—decided October 4, 1977

BOARD OF EDUCATION OF THE CITY OF MIDDLETOWN
ET AL. *v.* COMMISSION ON HUMAN RIGHTS AND
OPPORTUNITIES ET AL.

The plaintiffs' motion to dismiss the appeal from the Court of Common Pleas in Middlesex County is granted.

*Francis O'Neill,* city attorney, for the appellees (plaintiffs).

*David J. Della-Bitta,* assistant attorney general, for the appellant (named defendant).

Argued October 4—decided October 4, 1977